UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE D. WATSON<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP,<br><br>Defendant. | Case No. 19-cv-01324-JSC<br><br>**SECTION 1915 SCREENING OF INITIAL COMPLAINT**<br><br>Re: Dkt. No. 1 |

Ms. Jacqueline D. Watson[1] sues the President of the United States, Donald Trump, along with three unnamed "United States Presidents" for unspecified violations. (Dkt. No. 1.) Having granted Ms. Watson's application to proceed in forma pauperis, (*see* Dkt. No. 6), the Court now screens the complaint pursuant to 28 U.S.C. § 1915 and concludes that the complaint is deficient for the reasons stated below.

**COMPLAINT ALLEGATIONS**

The complaint does not contain a plain statement of facts and allegations. Ms. Watson's "Statement of Facts," alleges, in its entirety:

> Someone hass something illegal that controls my thinking and my organs, it's not what was done to me, it's the person [sic]. These people are Homosexual, I'm trying to find my friend for 15 years his name is William Dugoni Jr. at the Pacific School of Dentistry, and these people need to know to be careful with everyone please let the Federal police [sic].
>
> I will let you no more, not at this time [sic]
>
> I don't know if he hass a wife (ie) what ever [sic]

---

[1] Ms. Watson brings her complaint on behalf of herself and her "AKA" Mary Lee Klug. In a separate filing, Ms. Watson clarifies that she and Mary Lee Klug are "just one person." (*See* Dkt. No. 5 at 1.)

(Dkt. No. 1 at 3-4.) Elsewhere in the complaint Ms. Watson states: "I'm on crack cocain behind those's people I don't want to be like this, I need your and his help to live longer Washington Hospital in Fremont, Cal [sic]." (*Id.* at 1.) Ms. Watson's "First Claim" alleges "Theafing from my stencil and mane chip [sic]." (*Id.* at 5.)

After filing her complaint, Ms. Watson filed three documents consisting of handwritten statements asserting various grievances. (*See* Dkt. Nos. 7, 8, 10.) Ms. Watson also submitted copies of excerpts from the January 2019 issue of the Christian Science Sentinel and an article from the San Francisco Examiner. (*See* Dkt. No. 8.) The additional statements and photocopies likewise do not constitute a plain statement of facts and allegations.

**LEGAL STANDARD**

The Court has a continuing duty to dismiss any case in which a party is proceeding in forma pauperis upon a determination that the case is: (1) frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2). The standard of review under 28 U.S.C. § 1915(e)(2) mirrors that of Rule 12(b)(6). *Lopez v. Smith*, 203 F.3d 1122, 1126-27 (9th Cir. 2000). Thus, the complaint must allege "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A facial plausibility standard is not a "probability requirement" but mandates "more than a sheer possibility that a defendant has acted unlawfully." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks and citations omitted). To avoid dismissal, a complaint must contain more than "naked assertion[s]," "labels and conclusions" or "a formulaic recitation of the elements of a cause of action." *Twombly*, 550 U.S. at 555-57. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678.

When a plaintiff files a complaint without being represented by a lawyer, the court must "construe the pleadings liberally . . . to afford the petitioner the benefit of any doubt." *Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010) (internal quotation marks and citation omitted). Upon dismissal, self-represented plaintiffs proceeding in forma pauperis must be given leave to "to

1 amend their complaint unless it is absolutely clear that the deficiencies of the complaint could not
2 be cured by amendment." *Franklin v. Murphy*, 745 F.2d 1221, 1228 n.9 (9th Cir. 1984) (internal
3 quotation marks and citation omitted).

**DISCUSSION**

The Court is sympathetic to Ms. Watson's condition; however, neither the complaint nor the supplemental filings provide any factual allegations from which the Court can discern a plausible claim for relief. In the absence of any such allegations, Ms. Watson's complaint fails.

**CONCLUSION**

For the reasons set forth above, Ms. Watson's complaint fails section 1915 review. Ms. Watson may file an amended complaint within 30 days; her amended complaint must identify her claims and include a plain statement of facts in support. The Court encourages Ms. Watson to seek free assistance from the Northern District's Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102. Ms. Watson can make an appointment in person or by calling (415) 792-8982.

**IT IS SO ORDERED.**

Dated: March 27, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE D. WATSON,<br>    Plaintiff,<br>v.<br>DONALD TRUMP,<br>    Defendant. | Case No. 19-cv-01324-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jacqueline D. Watson
1179 Mission Street
San Francisco, CA 94103


Dated: March 27, 2019

                        Susan Y. Soong
                        Clerk, United States District Court

                        By: _____
                        Ada Means, Deputy Clerk to the
                        Honorable JACQUELINE SCOTT CORLEY

4